IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD LAMAR MAY,
Inmate # 9704427161,
    Plaintiff,

vs.                               Case No.: 3:16cv296/LAC/EMT

DEPUTY HAINES, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1), and he was granted leave to proceed in forma pauperis (ECF No. 4). At the time the complaint was filed, Plaintiff was an inmate at the Escambia County Jail. Upon referral by the clerk, however, it was discovered that in another case filed by Plaintiff in this court, <u>May v. Insurance Company Tag #EVEI55</u>, Case No. 3:16cv372/LAC/EMT, a court mailing to Plaintiff dated September 13, 2016, had been returned to the court as undeliverable because Plaintiff had since been released from the jail (*see* ECF No. 10 in that case). A subsequent mailing to his "release address" as provided by the jail was also returned as undeliverable (*see* ECF No. 11 in that case).

Therefore, in this case the court issued an order on October 18, 2016, requiring Plaintiff to show cause order within thirty (30) days why this action should not be dismissed for his failure to keep the court apprised as to his current address (ECF No. 16). The order directed mailings to both Plaintiff's jail address and his release address; both mailings were returned as undeliverable (*see* ECF Nos. 16, 17, 20). Curiously, two motions arrived in the interim, a motion to proceed in forma pauperis (ECF No. 18) and a motion for appointment of counsel (ECF No. 19). Both were filed by the clerk on October 25, 2016, but were dated by Plaintiff on July 7, 2016. Moreover, both motions are essentially duplicates of motions filed earlier by Plaintiff, the motion to proceed in forma pauperis having already been granted by the court (ECF Nos. 2, 4), and the motion for appointment of counsel having been denied by the court (ECF Nos. 9, 10). Thus, the court issued two orders denying these duplicative motions on November 2, 2016, and mailed them to both Plaintiff's jail address and his release address (ECF Nos. 21, 22). Both mailings were returned to the court as undeliverable (ECF Nos. 23, 24).

The time for compliance with the show cause order has now elapsed, and Plaintiff has otherwise failed to advise the court of his current address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised as to his current address.

At Pensacola, Florida, this 18th day of November 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.:  3:16cv296/LAC/EMT